**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 12 WAL 2018

Respondent        :

          :    Petition for Allowance of Appeal from

          :    the Order of the Superior Court

v.             :

JOHN RANDOLPH SLOAN,      :

Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.